Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKB TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S, INC., a Delaware Corporation; DILLARD'S, INC., an Arkansas Corporation; XSCAPE EVENINGS LTD., a New York Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV11-1702 JST (PJWx)<br>*Hon. Josephine Staton Tucker Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. This Action is dismissed in its entirety <u>with prejudice</u> subject to the terms and conditions of the confidential settlement agreement entered into among the parties; and

1

2. Each party is to bear its own costs and fees against one another in this matter.

IT IS SO ORDERED.

Dated: June 10, 2011      By:   **JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
U.S. DISTRICT COURT JUDGE